# Exhibit 2

| US7330016B2 | American Traction Solution's Locomotive Propulsion System ("Accused Product") |
|---|---|
| 1. A method for enhancing the operation of an electrical power supply comprising: | The accused product discloses a method for enhancing the operation of an electrical power supply.<br><br>As shown below, the accused product is American Traction Solution's locomotive propulsion system with a built-in induction motor drive for main traction and regenerative braking. During regenerative braking the wheel of the locomotive mechanically rotates the induction motor at an overspeed (speed above synchronous speed) so the induction motor behaves as a generator to enhance the operation of an electrical power supply.<br><br><br>https://americantractionsolutions.com/industries-applications/transit/ |

# Locomotive Systems



## PROPULSION

Systems have been in daily operation since 2002 in New Orleans, G
Paso, Boston and Taiwan.

### FEATURES

- Solid State control system for a smooth and reliable ride
- Contactless Reversing
- Regenerative braking to nearly zero mph
- AC or DC propulsion systems are available.

REQUEST INFORMATION

https://americantractionsolutions.com/industries-applications/transit/

| | |
|---|---|
| |  ATS American Traction Solutions<br>Industries & Applications Products Resources About Gallery CONTACT US<br>HIGHLIGHTS<br>• DC to AC propulsion system propulsion systems for battery powered and series hybrid vehicles<br>• High power inverters for propulsion or generator applications<br>• High power inverter system that includes an AC induction motor controller, an auxiliary inverter, and a built-in dump chopper for regenerative protection<br>https://americantractionsolutions.com/industries-applications/electric-vehicles/ |

| | |
|---|---|
| | ATS<br><br>Locomotive<br>Propulsion Systems<br><br>**ATS Locomotive Propulsion Systems and Products**<br><br>American Traction Systems designs and manufactures high efficiency locomotive propulsion systems and accessories for new or remanufactured locomotives using AC or DC Traction Motors, with more than 300 locomotive propulsion systems in operation since 2008.<br><br>We offer solutions for new or refurbished switching, short and mainline freight or passenger service locomotives, and specialize in IGBT based chopper and inverter drives operating off of a common DC bus. ATS propulsion systems will operate from main alternators, induction generators, gensets and batteries. All ATS drives use a common power module with an application specific control module. Power modules are interchangeable. Train protection up to SIL2 is available.<br><br>ATS drives are running the rails in the United States, Africa, Canada, South America, Australia and Europe.<br><br>https://americantractionsolutions.com/wp-content/uploads/ATS_catalog2022_1.00.pdf |

## ATS Manufactured Components

**Propulsion Modules**
- 1,600A Continuous Output Current (DC Motors)
- 1,100A Continuous Output Current (AC Motors)
- "Fast Field" Reversing Field Controllers
- Automatic Anti-Wheel Slip Control
- Motor Over Load Protection
- Wheel Diameter Monitoring and Calibration

**Generator Excitation Controller**
- <150A at full Voltage (Main Generator)
- 80VAC at idle for Companion Alternator

**Induction Generator Module**
- Output 750VDC at any engine speed
- 800A Continuous Output Current
- Bi-directional for Engine Starting

**Dynamic Brake Module**
- 2800A Brake Current

**Rectifiers**
- Up to 4,500 Amps

**Auxiliary Inverters**
- Radiator Fans
- Cooling Pumps
- Air Compressors
- Traction Motor Blowers

**Battery Charger**
- 24VDC, 37VDC and 74VDC output up to 200A

**Safety Features**
- SIL2 (Safety Integrity Level) Certification Available
- EN45545 Flammability Certification Available

https://americantractionsolutions.com/wp-content/uploads/ATS_catalog2022_1.00.pdf



**Complete Traction Lockers**
Turnkey AC or DC Traction Lockers
Auxiliary Inverters
Battery Chargers
Dynamic Brake Controllers
Generator Excitation Controllers
Axle Generators



**AC Traction Products**
Inverters



**Propulsion Rack Assemblies**
Fully built and tested
Ready to be wired into the locomotive
Assemblies include:
- Frame
- Cooling Hoses
- Cooling Manifolds
- Back-plane Assembly
- Miscellaneous Hardware



**DC Traction Products**
Armature Choppers
Field Controllers

https://americantractionsolutions.com/wp-content/uploads/ATS_catalog2022_1.00.pdf

## ATS AC Propulsion System Description

The American Traction Systems locomotive control system performs all of the functions of traction power control and dynamic braking in diesel-electric locomotives with up to six axles powered by AC induction motors. The operating voltage of the system is up to 1250VDC which allows the use of typical prime movers and main generators with minimal change. Individual control of the currents in each AC motor by IGBT inverters provides the benefits of excellent traction control, wheel spin and slide correction, and smooth dynamic brake control at all speeds. These benefits have particular value for maximizing the train weight that can be handled by low-speed switching and general-purpose locomotives.

https://americantractionsolutions.com/wp-content/uploads/ATS_catalog2022_1.00.pdf

AC Control System Architecture

## AC Control System Architecture




https://americantractionsolutions.com/wp-content/uploads/ATS_catalog2022_1.00.pdf

| | |
|---|---|
| | **Locomotive Propulsion Modules**<br><br>**A300693 Dual DC/AC Inverter**<br>This module is a liquid-cooled power semiconductor converter module suitable for use as a component of a traction electric propulsion system. It may be used for:<br>• Induction motor drive for main traction<br>• On-board 3-phase AC power for auxiliary power units<br>• Rectification of 3-phase AC power from AC generator to supply the common DC Bus<br><br>https://americantractionsolutions.com/wp-content/uploads/ATS_catalog2022_1.00.pdf<br><br>**Generator Basics**<br><br>The induction generator is similar to any other generator, as it is a device that converts mechanical energy into electrical energy.<br><br>An induction generator consists of a rotating element or rotor and a stationary element or stator. The rotor consists of an aluminum or copper 'squirrel cage' within the rotor laminations. The stator consists of insulated copper windings within the stator laminations. Neither an exciter nor voltage regulator is used or required.<br><br>An induction machine (motor or generator) connected to the line power source (excitation) is capable of operating in either mode. If the shaft is allowed to rotate at a speed below synchronous, the machine will attempt to operate as a motor. The rotating magnetic field vector caused by the three phase stator windings will deliver real and reactive power to the rotor as it sweeps around the squirrel cage. If the shaft is forced to rotate at a speed higher than synchronous, a change takes place within the machine. The stator magnetic field vector will continue to deliver reactive power, but now accepts real power induced from the rotor (generator mode). Now the squirrel cage is sweeping the field vector, causing a flux reversal. At synchronous speed, the line supplies reactive power and machine losses, but no torque or power is generated.<br><br>There is a practical upper limit to the speed at which an induction generator can be operated above synchronous and still generate real power efficiently. This speed is typically 2 to 5 percent above synchronous, but below breakaway torque. Above the breakaway torque speed, the real power generated decays quickly to a low value.<br><br>https://www.marathongenerators.com/generators/prodPrimeline.jsp |

| | |
|---|---|
| | • In **drive mode**, the motor takes electricity from the battery and produces torque at the wheels.<br>• In **regenerative braking mode**, the wheels drive the motor, which now generates electricity and sends it back to the battery.<br>• Friction brakes are still there as backup and for hard or low-speed stops.<br>https://recharged.com/articles/what-is-regenerative-braking-in-motor<br>**How regenerative braking works, step by step**<br>Different brands tune regenerative braking differently, but the sequence under the skin is broadly similar. Here's what's happening when you slow an EV or hybrid that uses the motor for braking.<br>1. **You request deceleration.** This can be as simple as lifting off the accelerator (in strong one-pedal modes) or pressing the brake pedal.<br>2. **The inverter reverses torque.** The power electronics that normally feed AC current to the motor to create forward torque now command a **negative torque**. The motor's electromagnetic fields are adjusted so it resists the rotation coming from the wheels.<br>3. **The motor becomes a generator.** As the wheels turn the motor, it produces electrical current instead of consuming it. That current flows back through the inverter with controlled voltage and frequency.<br>4. **Energy flows to the high-voltage battery.** The battery management system (BMS) decides how much current the pack can safely accept, based on state of charge, temperature, and health. Within those limits, it stores the recovered energy.<br>https://recharged.com/articles/what-is-regenerative-braking-in-motor |
| selecting a prime mover having a chosen power rating. | The accused product discloses a method for selecting a prime mover (i.e., wheel of the locomotive) having a chosen power rating (i.e., power rating when operated at overspeed (as an induction generator)).<br><br>As shown below, the accused product is American Traction Solution's locomotive |

propulsion system with a built-in induction motor drive for main traction and regenerative braking. During regenerative braking the wheel of the locomotive (i.e., prime mover) mechanically rotates the induction motor at an overspeed (speed above synchronous speed) so the induction motor behaves as a generator. When the motor is operated at overspeed, it acts like a generator providing power to inverter. Hence, the input power rating of the inverter will be the power rating (i.e., chosen power rating) of the prime mover which rotates the induction motor at overspeed (i.e., generator mode).




https://americantractionsolutions.com/industries-applications/electric-vehicles/

| | |
|---|---|
| | <br>https://americantractionsolutions.com/industries-applications/transit/ |

| | |
|---|---|
| | **Locomotive Systems**<br><br>**PROPULSION**<br>Systems have been in daily operation since 2002 in New Orleans, G<br>Paso, Boston and Taiwan.<br>FEATURES<br>• Solid State control system for a smooth and reliable ride<br>• Contactless Reversing<br>• Regenerative braking to nearly zero mph<br>• AC or DC propulsion systems are available.<br>REQUEST INFORMATION<br>https://americantractionsolutions.com/industries-applications/transit/ |

ATS

Locomotive
Propulsion Systems

**ATS Locomotive Propulsion Systems and Products**

American Traction Systems designs and manufactures high efficiency locomotive propulsion systems and accessories for new or remanufactured locomotives using AC or DC Traction Motors, with more than 300 locomotive propulsion systems in operation since 2008.

We offer solutions for new or refurbished switching, short and mainline freight or passenger service locomotives, and specialize in IGBT based chopper and inverter drives operating off of a common DC bus. ATS propulsion systems will operate from main alternators, induction generators, gensets and batteries. All ATS drives use a common power module with an application specific control module. Power modules are interchangeable. Train protection up to SIL2 is available.

ATS drives are running the rails in the United States, Africa, Canada, South America, Australia and Europe.

https://americantractionsolutions.com/wp-content/uploads/ATS_catalog2022_1.00.pdf

## Locomotive Propulsion Modules

**A300693 Dual DC/AC Inverter**

This module is a liquid-cooled power semiconductor converter module suitable for use as a component of a traction electric propulsion system. It may be used for:

- Induction motor drive for main traction
- On-board 3-phase AC power for auxiliary power units
- Rectification of 3-phase AC power from AC generator to supply the common DC Bus

https://americantractionsolutions.com/wp-content/uploads/ATS_catalog2022_1.00.pdf



chosen power rating

| Part Number | Dual Inverter A300693 Input | Output | Traction Inverter A300640 Input | Output |
|---|---|---|---|---|
| Rated Power @Rated Volts | 302kW @ 650V | 2x149kW (2 x 200HP) | 480kW | 480kW |
| Frequency range | DC | 0 - 120Hz | DC | 0 - 170Hz |
| Voltage Range** | 360 - 750VDC | 0 - 0.7 x DC INPUT | 500 - 800V | 0 - 480V |

https://americantractionsolutions.com/wp-content/uploads/ATS_catalog2022_1.00.pdf

ATS

Regenerative Protection Module

## Regenerative Protection Module

ATS Part # Various

**Applications**

- Light Rail
- Streetcar
- Monorail

### Description

The ATS Regen Protection Module (sometimes referred to as a brake chopper) can be used with any DC, AC, Permanent Magnet, Switched Reluctance, or other types of motors.

During regenerative braking, the DC bus begins to rise. If the regen voltage rises too high, damage may occur to the supply battery and other equipment tied to the DC bus. The RPM module will turn on at a predefined voltage to protect all equipment on the DC bus.




### Features

- Two versions are available, the BM601 absorbs over voltage surges on DC voltage supplies due to regenerative braking of DC or AC propulsion drives — adjustable from 272VDC to 768VDC. The BM301 will absorb over voltages of 200 - 660VDC,
- Capable of dumping up to 600A into braking resistor.
- 10% duty cycle (for example, 6 seconds on, every 60 seconds)

https://americantractionsolutions.com/wp-content/uploads/ATS_catalog2022_1.00.pdf

| | |
|---|---|
| | **Generator Basics**<br><br>The induction generator is similar to any other generator, as it is a device that converts mechanical energy into electrical energy.<br><br>An induction generator consists of a rotating element or rotor and a stationary element or stator. The rotor consists of an aluminum or copper 'squirrel cage' within the rotor laminations. The stator consists of insulated copper windings within the stator laminations. Neither an exciter nor voltage regulator is used or required.<br><br>An induction machine (motor or generator) connected to the line power source (excitation) is capable of operating in either mode. If the shaft is allowed to rotate at a speed below synchronous, the machine will attempt to operate as a motor. The rotating magnetic field vector caused by the three phase stator windings will deliver real and reactive power to the rotor as it sweeps around the squirrel cage. If the shaft is forced to rotate at a speed higher than synchronous, a change takes place within the machine. The stator magnetic field vector will continue to deliver reactive power, but now accepts real power induced from the rotor (generator mode). Now the squirrel cage is sweeping the field vector, causing a flux reversal. At synchronous speed, the line supplies reactive power and machine losses, but no torque or power is generated.<br><br>There is a practical upper limit to the speed at which an induction generator can be operated above synchronous and still generate real power efficiently. This speed is typically 2 to 5 percent above synchronous, but below breakaway torque. Above the breakaway torque speed, the real power generated decays quickly to a low value.<br><br>https://www.marathongenerators.com/generators/prodPrimeline.jsp<br><br>• In **drive mode**, the motor takes electricity from the battery and produces torque at the wheels.<br>• In **regenerative braking mode**, the wheels drive the motor, which now generates electricity and sends it back to the battery.<br>• Friction brakes are still there as backup and for hard or low-speed stops.<br><br>https://recharged.com/articles/what-is-regenerative-braking-in-motor |

| | |
|---|---|
| | **How regenerative braking works, step by step**<br><br>Different brands tune regenerative braking differently, but the sequence under the skin is broadly similar. Here's what's happening when you slow an EV or hybrid that uses the motor for braking.<br><br>1. **You request deceleration.** This can be as simple as lifting off the accelerator (in strong one-pedal modes) or pressing the brake pedal.<br>2. **The inverter reverses torque.** The power electronics that normally feed AC current to the motor to create forward torque now command a **negative torque**. The motor's electromagnetic fields are adjusted so it resists the rotation coming from the wheels.<br>3. **The motor becomes a generator.** As the wheels turn the motor, it produces electrical current instead of consuming it. That current flows back through the inverter with controlled voltage and frequency.<br>4. **Energy flows to the high-voltage battery.** The battery management system (BMS) decides how much current the pack can safely accept, based on state of charge, temperature, and health. Within those limits, it stores the recovered energy.<br><br>https://recharged.com/articles/what-is-regenerative-braking-in-motor |
| choosing an induction motor having a first power rating at a rated speed and a second power rating at an overspeed, said overspeed being at least about 10% greater than the rated speed; | The accused product discloses a method for choosing an induction motor (i.e., an induction motor) having a first power rating at a rated speed (i.e., a speed below synchronous speed) and a second power rating at an overspeed (i.e., a speed above synchronous speed), said overspeed being at least about 10% greater than the rated speed.<br><br>As shown below, the accused product is American Traction Solution's locomotive propulsion system with a built-in induction motor drive for main traction and regenerative braking. During regenerative braking, the wheel of the locomotive (i.e., prime mover) mechanically rotates the induction motor at an overspeed (speed above synchronous speed) so the induction motor behaves as a generator. When connected to the line power source (excitation), can operate as either a motor or a generator. If the wheel of the locomotive is allowed to rotate at a speed below synchronous (i.e., first power rating at a |

rated speed), the induction motor will operate as a motor (i.e., induction motor). If the motor is mechanically rotated by an external driver (a prime mover i.e., wheel of the locomotive) at a speed above synchronous (second power rating at an overspeed), the induction motor will operate as a generator (i.e., induction generator). Hence, the input power rating of the inverter will be the power rating of the generator (i.e., second power rating).

Additionally, the rated speed is the speed that the rotor turns when the device acts as a motor. The rated speed is typically 3 to 5% lower than the synchronous speed due to slip. When the device is used as a generator, the rotor needs to rotate typically 3 to 5% faster than the synchronous speed (overspeed). Hence, when the device works as a generator, the rotor rotates about 6 to 10% faster than the rated speed (e.g., Driven Speed = (1.05) *(Rated Speed/0.95)=1.105*Rated Speed when overspeed is +5% and slip is -5%). Therefore, driven speed (overspeed) is 10% greater than rated speed.




https://americantractionsolutions.com/industries-applications/electric-vehicles/

| | |
|---|---|
| | <br>https://americantractionsolutions.com/industries-applications/transit/ |

# Locomotive Systems



## PROPULSION

Systems have been in daily operation since 2002 in New Orleans, G
Paso, Boston and Taiwan.

### FEATURES

- Solid State control system for a smooth and reliable ride
- Contactless Reversing
- Regenerative braking to nearly zero mph
- AC or DC propulsion systems are available.

REQUEST INFORMATION

https://americantractionsolutions.com/industries-applications/transit/

| | |
|---|---|
| | Locomotive Propulsion Systems<br><br>**ATS Locomotive Propulsion Systems and Products**<br><br>American Traction Systems designs and manufactures high efficiency locomotive propulsion systems and accessories for new or remanufactured locomotives using AC or DC Traction Motors, with more than 300 locomotive propulsion systems in operation since 2008.<br><br>We offer solutions for new or refurbished switching, short and mainline freight or passenger service locomotives, and specialize in IGBT based chopper and inverter drives operating off of a common DC bus. ATS propulsion systems will operate from main alternators, induction generators, gensets and batteries. All ATS drives use a common power module with an application specific control module. Power modules are interchangeable. Train protection up to SIL2 is available.<br><br>ATS drives are running the rails in the United States, Africa, Canada, South America, Australia and Europe.<br><br>https://americantractionsolutions.com/wp-content/uploads/ATS_catalog2022_1.00.pdf<br><br>**ATS AC Propulsion System Description**<br><br>The American Traction Systems locomotive control system performs all of the functions of traction power control and dynamic braking in diesel-electric locomotives with up to six axles powered by AC induction motors. The operating voltage of the system is up to 1250VDC which allows the use of typical prime movers and main generators with minimal change. Individual control of the currents in each AC motor by IGBT inverters provides the benefits of excellent traction control, wheel spin and slide correction, and smooth dynamic brake control at all speeds. These benefits have particular value for maximizing the train weight that can be handled by low-speed switching and general-purpose locomotives.<br><br>https://americantractionsolutions.com/wp-content/uploads/ATS_catalog2022_1.00.pdf |

| | |
|---|---|
| | **Locomotive Propulsion Modules**<br>**A300693 Dual DC/AC Inverter**<br>This module is a liquid-cooled power semiconductor converter module suitable for use as a component of a traction electric propulsion system. It may be used for:<br>• Induction motor drive for main traction<br>• On-board 3-phase AC power for auxiliary power units<br>• Rectification of 3-phase AC power from AC generator to supply the common DC Bus<br><br>https://americantractionsolutions.com/wp-content/uploads/ATS_catalog2022_1.00.pdf |

| | Dual Inverter | | Traction Inverter | |
|---|---|---|---|---|
| Part Number | A300693 | | A300640 | |
| | Input | Output | Input | Output |
| Rated Power @Rated Volts | 302kW @ 650V | 2x149kW (2 x 200HP) | 480kW | 480kW |
| Frequency range | DC | 0 - 120Hz | DC | 0 - 170Hz |
| Voltage Range** | 360 - 750VDC | 0 - 0.7 x DC INPUT | 500 - 800V | 0 - 480V |

https://americantractionsolutions.com/wp-content/uploads/ATS_catalog2022_1.00.pdf

## AC Control System Architecture



| | |
|---|---|
| said choosing step further comprising choosing the induction motor such that the second power rating is substantially equal to the chosen power rating; | The accused product discloses a method wherein said choosing step further comprising choosing the induction motor (i.e., an induction motor) such that the second power rating is substantially equal to the chosen power rating (i.e., power rating when operated at overspeed (as an induction generator)).<br><br>As shown below, the accused product is American Traction Solution's locomotive propulsion system with a built-in induction motor drive for main traction and regenerative braking. During regenerative braking the wheel of the locomotive mechanically rotates the induction motor set at an overspeed (speed above synchronous speed) so the induction motor behaves as a generator. When the induction motor is mechanically rotated by an external driver (a prime mover i.e., wheel of the locomotive) at a speed above synchronous (second power rating at an overspeed), the induction motor will operate as a generator (i.e., induction generator). Hence, the power rating of the induction motor (when operated as an induction generator) will be substantially equal to the chosen power rating (i.e., power rating when operated at overspeed (as an induction generator)). |

| | |
|---|---|
| | ATS American Traction Solutions Industries & Applications Products Resources About Gallery CONTACT US<br><br>**HIGHLIGHTS**<br>• DC to AC propulsion system propulsion systems for battery powered and series hybrid vehicles<br>• High power inverters for propulsion or generator applications<br>• High power inverter system that includes an AC induction motor controller, an auxiliary inverter, and a built-in dump chopper for regenerative protection<br><br>https://americantractionsolutions.com/industries-applications/electric-vehicles/ |

| | |
|---|---|
| |   https://americantractionsolutions.com/industries-applications/transit/ |

# Locomotive Systems



## PROPULSION

Systems have been in daily operation since 2002 in New Orleans, G
Paso, Boston and Taiwan.

### FEATURES

- Solid State control system for a smooth and reliable ride
- Contactless Reversing
- Regenerative braking to nearly zero mph
- AC or DC propulsion systems are available.

REQUEST INFORMATION

https://americantractionsolutions.com/industries-applications/transit/

| | |
|---|---|
| | ATS<br>Locomotive Propulsion Systems<br><br>**ATS Locomotive Propulsion Systems and Products**<br><br>American Traction Systems designs and manufactures high efficiency locomotive propulsion systems and accessories for new or remanufactured locomotives using AC or DC Traction Motors, with more than 300 locomotive propulsion systems in operation since 2008.<br><br>We offer solutions for new or refurbished switching, short and mainline freight or passenger service locomotives, and specialize in IGBT based chopper and inverter drives operating off of a common DC bus. ATS propulsion systems will operate from main alternators, induction generators, gensets and batteries. All ATS drives use a common power module with an application specific control module. Power modules are interchangeable. Train protection up to SIL2 is available.<br><br>ATS drives are running the rails in the United States, Africa, Canada, South America, Australia and Europe.<br><br>https://americantractionsolutions.com/wp-content/uploads/ATS_catalog2022_1.00.pdf<br><br>**ATS AC Propulsion System Description**<br><br>The American Traction Systems locomotive control system performs all of the functions of traction power control and dynamic braking in diesel-electric locomotives with up to six axles powered by AC induction motors. The operating voltage of the system is up to 1250VDC which allows the use of typical prime movers and main generators with minimal change. Individual control of the currents in each AC motor by IGBT inverters provides the benefits of excellent traction control, wheel spin and slide correction, and smooth dynamic brake control at all speeds. These benefits have particular value for maximizing the train weight that can be handled by low-speed switching and general-purpose locomotives.<br><br>https://americantractionsolutions.com/wp-content/uploads/ATS_catalog2022_1.00.pdf |

## Locomotive Propulsion Modules

**A300693 Dual DC/AC Inverter**

This module is a liquid-cooled power semiconductor converter module suitable for use as a component of a traction electric propulsion system. It may be used for:

- Induction motor drive for main traction
- On-board 3-phase AC power for auxiliary power units
- Rectification of 3-phase AC power from AC generator to supply the common DC Bus

https://americantractionsolutions.com/wp-content/uploads/ATS_catalog2022_1.00.pdf

chosen power rating

| | Dual Inverter | | Traction Inverter | |
|---|---|---|---|---|
| Part Number | A300693 | | A300640 | |
| | Input | Output | Input | Output |
| Rated Power @Rated Volts | 302kW @ 650V | 2x149kW (2 x 200HP) | 480kW | 480kW |
| Frequency range | DC | 0 - 120Hz | DC | 0 - 170Hz |
| Voltage Range** | 360 - 750VDC | 0 - 0.7 x DC INPUT | 500 - 800V | 0 - 480V |

https://americantractionsolutions.com/wp-content/uploads/ATS_catalog2022_1.00.pdf

AC Control System Architecture

## AC Control System Architecture



| | |
|---|---|
| driving the induction motor with the prime mover so that the induction motor acts as an induction generator; and | The accused product discloses a method for driving the induction motor (i.e., an induction motor) with the prime mover (i.e., wheel of the locomotive) so that the induction motor (i.e., an induction motor) acts as an induction generator.<br><br>As shown below, the accused product is American Traction Solution's locomotive propulsion system with a built-in induction motor drive for main traction and regenerative braking. During regenerative braking the wheel of the locomotive mechanically rotates the induction motor set at an overspeed (speed above synchronous speed) so the induction motor behaves as a generator. When connected to the line power source (excitation), can operate as either a motor or a generator. If the motor is allowed to rotate at a speed below synchronous (i.e., first power rating at a rated speed), the induction motor will attempt to operate as a motor (i.e., induction motor). If the motor is mechanically rotated by an external driver (a prime mover i.e., wheel of the locomotive) at a speed above synchronous (second power rating at an overspeed), the motor will attempt to operate as a generator (i.e., induction generator).<br><br><br> |

| | |
|---|---|
| | https://americantractionsolutions.com/industries-applications/electric-vehicles/<br><br><br>https://americantractionsolutions.com/industries-applications/transit/ |

| | |
|---|---|
| | **Locomotive Systems**<br><br>**PROPULSION**<br>Systems have been in daily operation since 2002 in New Orleans, G<br>Paso, Boston and Taiwan.<br>FEATURES<br>• Solid State control system for a smooth and reliable ride<br>• Contactless Reversing<br>• Regenerative braking to nearly zero mph<br>• AC or DC propulsion systems are available.<br>REQUEST INFORMATION<br>https://americantractionsolutions.com/industries-applications/transit/ |

| | |
|---|---|
| | Locomotive Propulsion Systems<br><br>**ATS Locomotive Propulsion Systems and Products**<br><br>American Traction Systems designs and manufactures high efficiency locomotive propulsion systems and accessories for new or remanufactured locomotives using AC or DC Traction Motors, with more than 300 locomotive propulsion systems in operation since 2008.<br><br>We offer solutions for new or refurbished switching, short and mainline freight or passenger service locomotives, and specialize in IGBT based chopper and inverter drives operating off of a common DC bus. ATS propulsion systems will operate from main alternators, induction generators, gensets and batteries. All ATS drives use a common power module with an application specific control module. Power modules are interchangeable. Train protection up to SIL2 is available.<br><br>ATS drives are running the rails in the United States, Africa, Canada, South America, Australia and Europe.<br><br>https://americantractionsolutions.com/wp-content/uploads/ATS_catalog2022_1.00.pdf<br><br>**ATS AC Propulsion System Description**<br><br>The American Traction Systems locomotive control system performs all of the functions of traction power control and dynamic braking in diesel-electric locomotives with up to six axles powered by AC induction motors. The operating voltage of the system is up to 1250VDC which allows the use of typical prime movers and main generators with minimal change. Individual control of the currents in each AC motor by IGBT inverters provides the benefits of excellent traction control, wheel spin and slide correction, and smooth dynamic brake control at all speeds. These benefits have particular value for maximizing the train weight that can be handled by low-speed switching and general-purpose locomotives.<br><br>https://americantractionsolutions.com/wp-content/uploads/ATS_catalog2022_1.00.pdf |

| | |
|---|---|
| | **Locomotive Propulsion Modules**<br>**A300693 Dual DC/AC Inverter**<br>This module is a liquid-cooled power semiconductor converter module suitable for use as a component of a traction electric propulsion system. It may be used for:<br>• Induction motor drive for main traction<br>• On-board 3-phase AC power for auxiliary power units<br>• Rectification of 3-phase AC power from AC generator to supply the common DC Bus<br><br>https://americantractionsolutions.com/wp-content/uploads/ATS_catalog2022_1.00.pdf |

AC Control System
Architecture

## AC Control System Architecture



<table>
<tr>
<td>operating the induction generator at said overspeed.</td>
<td>
The accused product discloses a method for operating the induction generator at said overspeed (i.e., a speed above synchronous speed).

As shown below, the accused product is American Traction Solution’s locomotive propulsion system with a built-in induction motor drive for main traction and regenerative braking. During regenerative braking the wheel of the locomotive mechanically rotates the induction motor set at an overspeed (speed above synchronous speed) so the induction motor behaves as a generator. When connected to the line power source (excitation), can operate as either a motor or a generator. If the motor is allowed to rotate at a speed below synchronous (i.e., first power rating at a rated speed), the induction motor will attempt to operate as a motor (i.e., induction motor). If the motor is mechanically rotated by an external driver (a prime mover i.e., wheel of the locomotive) at a speed above synchronous (second power rating at an overspeed), the induction motor will attempt to operate as a generator (i.e., induction generator).




https://americantractionsolutions.com/industries-applications/electric-vehicles/
</td>
</tr>
</table>

| | |
|---|---|
| | <br>https://americantractionsolutions.com/industries-applications/transit/ |

| | |
|---|---|
| | **Locomotive Systems**<br><br>**PROPULSION**<br>Systems have been in daily operation since 2002 in New Orleans, G<br>Paso, Boston and Taiwan.<br>FEATURES<br>• Solid State control system for a smooth and reliable ride<br>• Contactless Reversing<br>• Regenerative braking to nearly zero mph<br>• AC or DC propulsion systems are available.<br>REQUEST INFORMATION<br>https://americantractionsolutions.com/industries-applications/transit/ |

| | |
|---|---|
| | ATS<br>Locomotive Propulsion Systems<br>**ATS Locomotive Propulsion Systems and Products**<br>American Traction Systems designs and manufactures high efficiency locomotive propulsion systems and accessories for new or remanufactured locomotives using AC or DC Traction Motors, with more than 300 locomotive propulsion systems in operation since 2008.<br>We offer solutions for new or refurbished switching, short and mainline freight or passenger service locomotives, and specialize in IGBT based chopper and inverter drives operating off of a common DC bus. ATS propulsion systems will operate from main alternators, induction generators, gensets and batteries. All ATS drives use a common power module with an application specific control module. Power modules are interchangeable. Train protection up to SIL2 is available.<br>ATS drives are running the rails in the United States, Africa, Canada, South America, Australia and Europe.<br>https://americantractionsolutions.com/wp-content/uploads/ATS_catalog2022_1.00.pdf<br>**ATS AC Propulsion System Description**<br>The American Traction Systems locomotive control system performs all of the functions of traction power control and dynamic braking in diesel-electric locomotives with up to six axles powered by AC induction motors. The operating voltage of the system is up to 1250VDC which allows the use of typical prime movers and main generators with minimal change. Individual control of the currents in each AC motor by IGBT inverters provides the benefits of excellent traction control, wheel spin and slide correction, and smooth dynamic brake control at all speeds. These benefits have particular value for maximizing the train weight that can be handled by low-speed switching and general-purpose locomotives.<br>https://americantractionsolutions.com/wp-content/uploads/ATS_catalog2022_1.00.pdf |

| | |
|---|---|
| | **Locomotive Propulsion Modules**<br>**A300693 Dual DC/AC Inverter**<br>This module is a liquid-cooled power semiconductor converter module suitable for use as a component of a traction electric propulsion system. It may be used for:<br>• Induction motor drive for main traction<br>• On-board 3-phase AC power for auxiliary power units<br>• Rectification of 3-phase AC power from AC generator to supply the common DC Bus<br><br>https://americantractionsolutions.com/wp-content/uploads/ATS_catalog2022_1.00.pdf |

## AC Control System Architecture

